```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEVON MORRIS,                       : CIVIL NO: 1:11-CV-02343
                                    :
            Plaintiff               :
                                    : (Judge Rambo)
      v.                            :
                                    : (Magistrate Judge Smyser)
                                    :
UNITED STATES IMMIGRATION AND       :
CUSTOMS ENFORCEMENT,                :
et al.,                             :
                                    :
            Defendants              :
```

## REPORT AND RECOMMENDATION

The copy of the Order of June 14, 2012 that was sent to the plaintiff at the Pike County Correctional Facility was returned with a notation that the plaintiff is no longer at that facility.

Local Rule 83.18 requires that an unrepresented party keep the court informed of his or her current address. The Standing Practice Order issued at the beginning of this case informed the plaintiff of his duty to keep the court informed of his current address. And that Order also informed the plaintiff that if the court is unable to communicate with him because he has not kept the court informed of his current address he would be deemed to have abandoned this case.

Because it appeared that the plaintiff had failed to keep the court informed of his current address, we ordered the plaintiff to show cause why the case should not be dismissed on that basis. Recognizing that the show cause order would also likely be returned to the court as undeliverable, we, nevertheless, issued the order so as to confirm that the plaintiff is no longer at the address he has listed on file with the court and to eliminate the possibility that the prior order was mistakenly returned as undeliverable. As expected, the show cause order was returned as undeliverable.

The plaintiff has abandoned this lawsuit. Thus, it is recommended that the case be dismissed in accordance with Fed.R.Civ.P. 41(b).

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: July 26, 2012.

2