IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEVON PAUL MORRIS,** | **CIVIL NO. 1:11-2343** |
| Plaintiff | |
| v. | Judge Rambo |
| **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,** *et al.,* | Magistrate Judge Smyser |
| Defendants | |

## O R D E R

Before the court is a July 26, 2012, report of the magistrate judge to whom this matter is referred in which he recommends that the captioned action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) as Plaintiff has failed to keep the court apprised of his current address.[1]  Upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT**:

      1) The court adopts the report and recommendation of Magistrate Judge Smyser (doc. 29).

      2) Plaintiff is found to have abandoned the suit and the captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

      3) The Clerk of Court shall close the file.

                                             s/Sylvia H. Rambo
                                             SYLVIA H. RAMBO
                                             United States District Judge

Dated: July 31, 2012.

---

[1] In case number 1:12-CV-0029, Plaintiff in the captioned case filed a petition pursuant to 28 U.S.C. § 2241.  Documents 24 and 25 in that case state he was released from ICE custody on April 19, 2012.